Donald L. Samuels (State Bar No. 126287)
Email: donald.samuels@hro.com
Diba D. Rastegar (State Bar No. 230681)
Email: diba.rastegar@hro.com
HOLME ROBERTS & OWEN LLP
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Defendant
CITY OF BEVERLY HILLS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDREA GUY JACKSON<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BEVERLY HILLS, et al.,<br><br>Defendants. | CASE NO. CV 10-2143 VBF(AGRX)<br><br>HON. VALERIE B. FAIRBANK<br><br>[PROPOSED] JUDGMENT |

On August 20, 2009, Plaintiff, Andrea Guy Jackson, filed her original Complaint in the above captioned matter against Defendant, City of Beverly Hills. On December 24, 2009, Plaintiff filed a First Amended Complaint. On February 26, 2010, Plaintiff filed a Second Amended Complaint. The City removed this action to this Court on March 24, 2010. Plaintiff filed a Third Amended Complaint on June 1, 2010. In her Third Amended Complaint, Plaintiff alleged claims against the City for (1) retaliation in violation of Title VII of the Civil Rights Act of 1964; (2) racial discrimination in violation of Title VII of the Civil Rights Act of 1964; (3) willful violation of Fair Labor Standards Act ("FLSA"); and (4) retaliation in violation of California Fair Employment and Housing Act. On July 23, 2010, the Court dismissed with prejudice Plaintiff's first, second and fourth causes of action against the City. Therefore, the third cause of action for "willful violation of the Fair Labor Standards Act ("FLSA")" is the only surviving claim against the City.

The City denied, and continues to deny, Plaintiff's allegations and filed its Answer on August 5, 2010.

On November 22, 2010, the City made an Offer of Judgment to Plaintiff pursuant to Federal Rule of Civil Procedure ("FRCP") 68. *See* Exhibit A. Plaintiff accepted the Offer of Judgment on December 3, 2010. *See* Exhibit B.

Therefore, pursuant to FRCP 68, an offer of judgment having been made and accepted, judgment is now hereby entered in the above captioned case according to the terms of the Offer of Judgment as set forth below:

(1) In the amount of ONE THOUSAND DOLLARS ($1,000), less appropriate withholdings, against Defendant CITY OF BEVERLY HILLS in favor of Plaintiff ANDREA GUY JACKSON.

///

///

///

1  This Judgment is entered pursuant to FRCP 68, and is not to be construed as an
2  admission that the City willfully violated the FLSA or any other law.
3
4  Dated this  9th  day of  December , 2010.
5
6                              BY THE COURT:
7
8                              *Valerie Baker Fairbank*
9                              _____
10                             THE HONORABLE VALERIE B. FAIRBANK

# EXHIBIT A

1  Donald L. Samuels (State Bar No. 126287)
   Email: donald.samuels@hro.com
2  Diba D. Rastegar(State Bar No. 230681)
3  Email: diba.rastegar@hro.com
   HOLME ROBERTS & OWEN LLP
4  800 W. Olympic Blvd., 4th Floor
   Los Angeles, CA 90015
5  Telephone: (213) 572-4300
6  Facsimile:  (213) 572-4400

7  Attorneys for Defendant
   CITY OF BEVERLY HILLS
8

9
                UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11
                      WESTERN DIVISION
12

13

14 | ANDREA GUY JACKSON          | CASE NO. CV 10-2143 VBF(AGRX)
15 |                             |
   |                             | **DEFENDANT CITY OF BEVERLY**
16 |        Plaintiff,           | **HILLS' OFFER OF JUDGMENT TO**
   |                             | **PLAINTIFF ANDREA GUY**
17 |    v.                       | **JACKSON**
18 | CITY OF BEVERLY HILLS, et al.,|
19 |                             | [Fed. R. Civ. Pro. 68]
20 |        Defendants.          | Trial Date: May 17, 2011

21

22

23

24

25

26

27

28

DEFENDANT CITY OF BEVERLY HILLS' OFFER OF JUDGMENT TO PLAINTIFF
*Andrea Guy Jackson v. City of Beverly Hills et al.*
Case No. CV 10-2143-VBF(AGRx)

#23758 v2 lax

TO PLAINTIFF ANDREA GUY JACKSON, AND HER ATTORNEYS OF RECORD:

Defendant City of Beverly Hills ("the City"), submits the following offer to you pursuant to Rule 68 of the Federal Rules of Civil Procedure: the City will pay you One Thousand Dollars ($1,000) (which does not include your costs, interest and attorneys' fees) in return for a dismissal with prejudice of your claims in this lawsuit against the City.

Dated: November 22, 2010

HOLME ROBERTS & OWEN LLP

By: _____
Donald L. Samuels
Diba D. Rastegar
Attorneys for Defendant
CITY OF BEVERLY HILLS

2

DEFENDANT CITY OF BEVERLY HILLS' OFFER OF JUDGMENT TO PLAINTIFF
*Andrea Guy Jackson v. City of Beverly Hills et al.*
Case No. CV 10-2143-VBF(AGRx)

#23758 v2 lax

# EXHIBIT B

Leo James Terrell, State Bar No. 149693
LAW OFFICES OF LEO JAMES TERRELL
8383 Wilshire Blvd., Suite 920
Beverly Hills, California 90211
Telephone: (323) 655-6909
Facsimile: (323) 655-5104
Email: civil1975@aol.com

Attorneys for Plaintiff
ANDREA GUY JACKSON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANDREA GUY JACKSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF BEVERLY HILLS and DOES 1-20, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 10-02143-VBF (AGRx)<br><br>PLAINTIFF'S ACCEPTANCE OF DEFENDANT CITY OF BEVERLY HILLS' OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>[Fed. R. Civ. Pro. 68]<br><br>Assigned to the Hon. Valerie B. Fairbank |

　　　　Plaintiff Andrea Guy Jackson hereby accepts the Defendant City of Beverly Hills Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure whereby the Defendant City of Beverly Hills will pay Plaintiff Andrea Guy Jackson One Thousand Dollars ($1,000) (which does not include Plaintiff Andrea Guy Jackson's costs, interest and attorneys' fees) in return for a dismissal with prejudice of Plaintiff Andrea Guy Jackson's claims in the above-entitled lawsuit against the Defendant City of Beverly Hills.

DATED: December 3, 2010                    LAW OFFICES OF LEO JAMES TERRELL

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Leo James Terrell, Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Andrea Guy Jackson

1

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 8383 Wilshire Boulevard, Suite 920, Beverly Hills, California 90211.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 3, 2010, I served the within **PLAINTIFF'S ACCEPTANCE OF DEFENDANT CITY OF BEVERLY HILLS' OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE** on the interested party in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Beverly Hills, California addressed as follows:

**Donald L. Samuels**
**Diba D. Rastegar**
**HOLME ROBERTS & OWEN LLP**
**800 W. Olympic Boulevard, 4th Floor**
**Los Angeles, California 90015**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 3, 2010, at Beverly Hills, California.

_/s/ Tony Su_

TONY SU

# PROOF OF SERVICE
## 1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 West Olympic Boulevard, 4th Floor, Los Angeles, CA 90015.

On December 8, 2010, I served the foregoing document described as **[PROPOSED] JUDGMENT** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☒ BY ELECTRONIC MAIL: I caused the above-referenced document to be served to the addressee on the attached service list via CM/ECF.

Executed on December 8, 2010, at Los Angeles, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
GERI ANDERSON

---

1
**PROOF OF SERVICE**

#18486 v1 lax

## SERVICE LIST

Leo James Terrell                                    *Attorney for Plaintiff*
LAW OFFICES OF LEO JAMES TERRELL
8383 Wilshire Boulevard, Suite 920
Beverly Hills, CA  90211
Telephone: 323-655-6909
Facsimile: 323-655-5104